# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>JOSE VALLEJO-PERIBAN,<br><br>                    Defendant. | CASE NO. 12-cr-04147-CAB<br><br><br>**JUDGMENT OF DISMISSAL** |

         IT APPEARING that the defendant is now entitled to be discharged for the reason that:

  x    an indictment has been filed in case FG´ãHIÏÎËONÑÁagainst the defendan\ á^äÁthe Court has granted the motion of the Government for dismissal of this case, without prejudice; or

  ___  the Court has dismissed the case for unnecessary delay; or

  ___  the Court has granted the motion of the Government for dismissal, without prejudice; or

  ___  the Court has granted the motion of the defendant for a judgment of acquittal; or

  ___  a jury has been waived, and the Court has found the defendant not guilty; or

  ___  the jury has returned its verdict, finding the defendant not guilty;

  X    of the offense(s) as charged in the Indictment/Information:

         8:1326 (a) and (b) - Removed Alien Found in the United States(1)

         IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/14/12

                                   *Barbara L. Major* (signature)
                                   Barbara L. Major
                                   U.S. Magistrate Judge